387 A.2d 114

East Penn Contracting Corporation, Appellant, v. The Merchants National Bank of Allentown.

Argued December 12, 1977.  David Freeman, for appellant;  Howard S. Epstein, with him Efron, Black and Epstein, for appellee.

Order affirmed.